UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,
   Plaintiff,

-vs-               Case # 10-20575

                 HON. PATRICK DUGGAN

**SARAH FAWAZ,**
   **Defendant.**
_____/

## ORDER

At a session of said Court held in the city
of Detroit, Wayne County, Michigan on
July 7, 2011.

PRESENT: HON. PATRICK J. DUGGAN
United States District Judge

This matter having been brought before the Court pursuant to Defendant Fawaz's request to extend her report date to the Community Corrections Center until August 15, 2011, the government having no objection to said request, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Defendant Fawaz's report date to the Community Corrections Center be extended until August 15, 2011.

        S/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: July 7, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on July 7, 2011, by electronic and/or ordinary mail.
        S/Marilyn Orem
        Case Manager

Approved as to substance and form:

s/ Philip Ross, AUSA (w/ permission)

s/ Steven Fishman

Attorney for Defendant Fawaz