2:10-cr-20575-PJD-PJK   Doc # 18   Filed 08/09/11   Pg 1 of 1   Pg ID 63

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**,
        Plaintiff,

-vs-                                    Case # 10-20575

                                          HON. PATRICK DUGGAN

**SARAH FAWAZ,**
        **Defendant.**
_____/

## ORDER

At a session of said Court held in the city
of Detroit, Wayne County, Michigan on
August 9, 2011.

PRESENT: PATRICK J. DUGGAN

This matter having been brought before the Court pursuant to Defendant Fawaz's request to extend her report date to the Community Corrections Center until September 19, 2011, the government having no objection to said request, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Defendant Fawaz's report date to the Community Corrections Center be extended until September 19, 2011.

                                        s/Patrick J. Duggan
                                        Patrick J. Duggan
                                        United States District Judge

Dated: August 9, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on August 9, 2011, by electronic and/or ordinary mail.
                                        s/Marilyn Orem
                                        Case Manager

Approved as to substance and form:

s/ Philip Ross, AUSA (w/ permission)

s/ Steven Fishman
Attorney for Defendant Fawaz